AO 91 (Rev. 08/09) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Middle District of Pennsylvania

| | |
|---|---|
| United States of America<br>v.<br>Corbin KAUFFMAN<br><br>_____<br>*Defendant(s)* | )<br>)<br>) Case No. 3:19mj24<br>)<br>)<br>) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of __March 7, 2019__ in the county of __Carbon__ in the __Middle__ District of __Pennsylvania__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 USC 875(c) | Transmission in interstate commerce of any threat to injure the person of another. |

This criminal complaint is based on these facts:
**See attached affidavit.**

☐ Continued on the attached sheet.

_____
*Complainant's signature*

Special Agent Joseph A. Traino, Jr., FBI
*Printed name and title*

Sworn to before me and signed in my presence.

Date: __03/30/2019__

_____
*Judge's signature*

City and state: __Scranton, PA__

HON KAROLINE MEHALCHICK
*Printed name and title*