**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **3:19-MJ-24** |
| | : | |
| **v.** | : | **(Judge Mehalchick)** |
| | : | |
| **CORBIN KAUFFMAN** | : | **(Electronically Filed)** |

<u>**CONCURRED-IN MOTION FOR MODIFICATION OF
PRE-TRIAL RELEASE CONDITION (7)(s)**</u>

AND NOW comes the Defendant, Corbin Kauffman, by his attorney, Christopher Opiel, Esq., and files the following Concurred-in Motion for Modification of Pre-Trial Release Condition (7)(s).  In support thereof, it is averred as follows:

1.      On April 1, 2019, the Defendant was arrested and charged with transmission in interstate commerce of any threat to injure the person of another in violation of 18 U.S.C. § 875(c).

2.      On April 4, 2019, the Defendant appeared before Your Honor for a Detention Hearing, and the Court released the Defendant subject to the Order Setting Conditions of Release.  (Doc. 10).

3.      In paragraph (7)(s) of the Order Setting Conditions of Release it specifically states: "Deft not to use internet. Not to use phone w/ internet. Not to get phone with internet. Not use laptop in home."  (Doc. 10).

4.     The Defendant has exhaustively attempted to locate and purchase a cell phone that does not have internet capabilities to no avail.

5.     The Defendant's employment and family life are extremely burdened by the Defendant not having a cell phone for communication purposes.

6.     The Defendant and Undersigned Counsel have attempted to explore alternative options with the U.S. Probation Office in order for the Defendant to obtain a cell phone that complies with the Order Setting Conditions of Release.

7.     The Defendant is unable to locate and purchase any cell phone that would comply with the Order Setting Conditions of Release.

8.     Maureen A. Harrity-Jones, U.S. Probation Officer, has indicated to Undersigned Counsel that the Defendant is in compliance with all the Conditions of Release and there have been no supervision issues or concerns.

9.     Maureen A. Harrity-Jones, U.S. Probation Officer, has indicated to Undersigned Counsel that she does not oppose a modification to the Order Setting Conditions of Release to allow for the Defendant to obtain a cell phone.

10.     Defendant respectfully requests that paragraph (7)(s) of the Order Setting Conditions of Release be stricken and modified to state: "Defendant may obtain and use a cell phone; however, Defendant is strictly forbidden from accessing, viewing, or using any social media applications or websites.  U.S. Probation may view Defendants cell phone records at any time.  Defendant is

prohibited from utilizing any other devise with internet capabilities other than his personal cell phone."

11.     Undersigned Counsel contacted AUSA Sean A. Camoni regarding this Motion and AUSA Camoni indicated that the government is in concurrence with said Motion.

WHEREFORE, the Defendant, Corbin Kauffman, respectfully requests that this Honorable Court enter an order modifying the terms of paragraph (7)(s) of the Order Setting Conditions of Release in compliance with this motion.

Respectfully submitted,

Date:  October 24, 2019          /s/ Christopher Opiel
**Christopher Opiel, Esq.**
**Attorney ID# PA318776**

Opiel Law
88 North Franklin Street
Wilkes-Barre, Pennsylvania 18701
(570) 417-1436
Fax: (570) 825-6675
Email: cropiel@gmail.com

## <u>CERTIFICATE OF SERVICE</u>

I, Christopher Opiel, Esq., do hereby certify that this document, the foregoing **Concurred-in Motion for Modification of Pre-Trial Release Condition (7)(s)**, filed electronically through the ECF system will be sent to the registered Participants as identified on the Notice of Electronic Filing, including the following:

> Sean A. Camoni, Esquire
> Assistant United States Attorney

Date:  October 24, 2019                    /s/ Christopher Opiel_____
                                           **Christopher Opiel, Esq.**