UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | No. 3:20-CR- |
| | : | |
| CORBIN KAUFFMAN, aka "KingShekels," | : | (JUDGE          ) |
| | : | |
| Defendant. | : | |

## PRAECIPE

TO:   CLERK
      MIDDLE DISTRICT OF PENNSYLVANIA

Please issue a summons for the above-named defendant in accordance with the provisions of Rule 9(a) of the Federal Rules of Criminal Procedure.

                                              DAVID J. FREED
                                              United States Attorney

                                              /s/ Sean A. Camoni
                                              SEAN A. CAMONI
                                              Assistant U.S. Attorney
                                              Nealon Federal Building, Suite 311
                                              P.O. Box 309
                                              Scranton, PA 18501
                                              (570) 348-2800

Dated: March 27, 2020